## Homer Purdy and others v. Timothy P. Martin.

*Drains: Notice: Jurisdiction.* Proceedings to establish a drain through private lands, which fail to show service of notice upon those entitled thereto, are fatally defective.

*Drains: Proof of service: General allegation of due service: Conclusion of law.* A mere general allegation in the return to a writ of *certiorari* to bring up for review proceedings to establish a drain, that notice was duly served on the persons entitled, without naming them, is only an assertion of a conclusion of law, and is wholly insufficient as proof of service.

*Heard April 9. Decided April 13.*

*Certiorari* to Drain Commissioner of Wayne County.

This writ was brought to review proceedings under the county drain law to establish a drain called the "Road Ditch," in the township of Huron, Wayne county.

*Moore & Moore,* for plaintiffs in *certiorari.*

*G. V. N. Lothrop,* for defendant in *certiorari.*

PER CURIAM.

The record in this case is fatally defective in not showing service of notice on the several persons entitled thereto. In *People v. Highway Commissioners of Nankin, 14 Mich., 528,* it was decided that a mere general allegation that notice was duly served on the persons entitled, without naming the persons, was only an assertion of a conclusion of law, and wholly insufficient. We have always since followed this decision, and have seen no reason to doubt its correctness.

Proceedings reversed.